UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 09 2005
VETTER & WHITE

LISA A. LEHAN, and ROBIN T. ALPERIN, :
in their individual capacities and :
as Trustees of the Stephen B. Yarlas :
Irrevocable Insurance Trust, and :
SHARON L. YARLAS, in her individual :
capacity and as beneficiary :
of the Stephen B. Yarlas Irrevocable :
Insurance Trust :
:
vs. : C.A. NO. 04 – 469 S
:
NORTH AMERICAN COMPANY FOR :
LIFE AND HEALTH INSURANCE :

FILED
JUN 10 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**DISMISSAL STIPULATION**

Plaintiff's Complaint shall be and hereby is dismissed with prejudice; no interest; no costs.

PLAINTIFFS,
By their Attorneys,

Barry J. Kusinitz, Esq. (#1404)
155 South Main Street, Suite 405
Providence, RI 02903
Tel.: 401.831.4200
Fax: 401.831.7053

Alan G. Miller, Esq. (#5458)
6 Beacon Street
Boston, MA 02108
Tel: 617.227.4044
Fax: 617.227.5012

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 6/13/05

DEFENDANT,
By its Attorney,

Brooks R. Magratten, Esq. (#3585)
Vetter & White
20 Washington Place
Providence, RI 02903
Tel.: 401.421.3060
Fax: 401.272.6803

Joseph J. Hasman, Esq.
Chittenden, Murday & Novotny, LLC
303 West Madison Street, Ste. 1400
Chicago, IL 60606
Tel: 312.281.3605
Fax: 312.281.3678

DATED: June 9, 2005